| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW HAMPSHIRE |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Twenty Eight Hundred Lafayette, Inc.** | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  The Beach Plum 2 Portsmouth**<br>**DBA  The Beach Plum 3 Epping** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3518837** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**2800 Lafayette Road**<br>**Portsmouth, NH 03801**<br>Number, Street, City, State & ZIP Code<br><br>**Rockingham**<br>County | **Mailing address, if different from principal place of business**<br><br>**PO Box 4656**<br>**Portsmouth, NH 03802-4656**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **http://www.thebeachplum.net** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Twenty Eight Hundred Lafayette, Inc.**  Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Twenty Eight Hundred Lafayette, Inc.**   Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Quick Serve, LLC** | Relationship | **Affiliate** |
| District | **New Hampshire** When **7/30/24** | Case number, if known | **24-10518** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
     Contact name _____
     Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Twenty Eight Hundred Lafayette, Inc.**  Case number (*if known*) _____
         Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Twenty Eight Hundred Lafayette, Inc.**  Case number (*if known*) _____
      Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 29, 2025**
              MM / DD / YYYY

**X** **/s/ Robert Lee**               **Robert Lee**
Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

**X** **/s/ Eleanor Wm. Dahar**      Date **January 29, 2025**
Signature of attorney for debtor            MM / DD / YYYY

**Eleanor Wm. Dahar**
Printed name

**Victor W. Dahar Professional Association**
Firm name

**20 Merrimack Street**
**Manchester, NH 03101**
Number, Street, City, State & ZIP Code

Contact phone **(603) 622-6595**     Email address **vdaharpa@att.net**

**BNH 01784 NH**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Twenty Eight Hundred Lafayette, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**
Case number (if known):

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Customer Service PO Box 981535 El Paso, TX 79998-1535** | | (2 accounts) | | | | $58,600.00 |
| **Beanpot Broadcasting 30 How Street Haverhill, MA 01830** | | | | | | $68,000.00 |
| **Capital One PO Box 30285 Salt Lake City, UT 84130-0285** | | | | | | $51,700.00 |
| **Capital One PO Box 30285 Salt Lake City, UT 84130-0285** | | | | | | $49,700.00 |
| **Capital One PO Box 30285 Salt Lake City, UT 84130-0285** | | | | | | $93,000.00 |
| **CFG Merchant Solutions, LLC 180 Maiden Lane, Floor 15 New York, NY 10038** | | Daily pay - short term loans (2 loans) | | | | $160,000.00 |
| **Donahue Brothers PO Box 596 Lawrence, MA 01842** | | | | | | $71,500.00 |

Debtor **Twenty Eight Hundred Lafayette, Inc.**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Enterprise Bank & Trust**<br>222 Merrimack Street<br>Lowell, MA 01852 | | **3 Brickyard Square, Epping, New Hampshire, including UCC Financing Statement on All machinery & equipment at Beach Plum Restaruant, Epping, NH** | | $373,465.00 | $190,000.00 | $183,465.00 |
| **Favorite Foods, Inc.**<br>29 Interstate Drive<br>Somersworth, NH 03878-1209 | | **Lawsuit filed** | | | | $110,000.00 |
| **Funding Circle USA**<br>PO Box 206536<br>Dallas, TX 75320-6536 | | | | | | $243,000.00 |
| **Ipswich Maritime Products**<br>PO Box 338<br>Ipswich, MA 01938 | | | | | | $104,000.00 |
| **Native Maine**<br>10 Bradley Drive<br>Westbrook, ME 04092-2011 | | | | | | $54,000.00 |
| **NH Dept of Revenue**<br>109 Pleasant Street<br>PO Box 3718<br>Concord, NH 03302-3718 | | **Six (6) liens recorded in Rockingham Registry of Deeds and with the NH Secretary of State (See Schedule D also)** | | | | $176,000.00 |
| **Quick Serve, LLC**<br>8 South Village Drive<br>Salem, NH 03079 | | | | | | $388,733.50 |
| **SBA**<br>c/o Granite State Development<br>PO Box 1491<br>Portsmouth, NH 03801 | | **3 Brickyard Square, Epping, NH  03042** | | $311,000.00 | $0.00 | $311,000.00 |
| **SBA**<br>409 3rd St. SW<br>Washington, DC 20416 | | **All of debtor's assets** | | $480,000.00 | $190,000.00 | $290,000.00 |
| **Sysco Boston, LLC**<br>99 Spring Street<br>Plympton, MA 02367 | | | | | | $74,700.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor **Twenty Eight Hundred Lafayette, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **UFS (Unique Funding Solutions) 1915 Hollywood Blvd, Suite 200A Hollywood, FL 33020** | | **daily pay short term loans (2 loans)** | | | | $110,000.00 |
| **US Foods, Inc. 100 Ledge Road Seabrook, NH 03874** | | **All of Debtor's assets, whether personal or real property, now or in the future, etc.** | | $432,000.00 | $0.00 | $432,000.00 |
| **Wells Fargo Vendor Fin Serv P.O. Box 70241 Philadelphia, PA 19176-0241** | | | | $161,621.84 | $0.00 | $161,621.84 |

# United States Bankruptcy Court
### District of New Hampshire

In re **Twenty Eight Hundred Lafayette, Inc.** Case No.
Debtor(s)    Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Twenty Eight Hundred Lafayette, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **January 29, 2025** | **/s/ Eleanor Wm. Dahar** |
| Date | **Eleanor Wm. Dahar** |
| | Signature of Attorney or Litigant |
| | Counsel for **Twenty Eight Hundred Lafayette, Inc.** |
| | **Victor W. Dahar Professional Association** |
| | **20 Merrimack Street** |
| | **Manchester, NH 03101** |
| | **(603) 622-6595 Fax:(603) 647-8054** |
| | **vdaharpa@att.net** |

```
Acana Northeast, Inc.
PO Box 1016
Hampstead, NH 03841

Ace Funding Source, LLC
366 North Broadway, Suite 410
Jericho, NY 11753

American Express
Customer Service
PO Box 981535
El Paso, TX 79998-1535

Ameritas Life Insurance Corporation
PO Box 650730
Dallas, TX 75265-0730

Angela Capiello-Valliere
142R Page Road
Bedford, MA 01730

Anthem Blue Cross and Blue Shield
1155 Elm Street, Suite 200
Manchester, NH 03101-1505

Baker Properties, LLC
Heritage NH, LLC
953 Islington Street, Suite 23D
Portsmouth, NH 03801

Baker Properties, LLC
953 Islington Street, Suite 23D
Portsmouth, NH 03801

Bank of America
c/o Credit Control, LLC
5757 Phantom Drive, Suite 330
Hazelwood, MO 63042

Beanpot Broadcasting
30 How Street
Haverhill, MA 01830

Brulotte, Inc.
42 Littleworth Road
Dover, NH 03820

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

CFG Merchant Solutions, LLC
180 Maiden Lane, Floor 15
New York, NY 10038
```

```
Charles F. Cleary, Esq.
Wadleigh, Starr & Peters, PLLC
95 Market Street
Manchester, NH 03101

CHTD Company
PO Box 2576
Springfield, IL 62708

Citi Costco Visa Card
PO Box 790046
Saint Louis, MO 63179-0046

Corporation Service Company, as Rep.
P.O. Box 2576
Springfield, IL 62798

CT Corporation System as Rep.
330 N. Brand Blvd., Suite 700
Attn: SPRS
Glendale, CA 91203

Dead River Company
432 Route 108
Somersworth, NH 03878

Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0015

Discover Card
PO Box 70176
Philadelphia, PA 19176-0176

Donahue Brothers
PO Box 596
Lawrence, MA 01842

Eastern Heat Pump & Mechanical, LLC
724 E Industrial Drive, Unit 1
Manchester, NH 03109

Engie Resources, LLC
PO Box 841680
Dallas, TX 75284-1680

Enterprise Bank & Trust
222 Merrimack Street
Lowell, MA 01852

Enterprise Bank & Trust
47 Crystal Avenue
Derry, NH 03038
```

```
Eversource
Attn: Collections Department
P.O. Box 330
Manchester, NH 03105

Favorite Foods, Inc.
29 Interstate Drive
Somersworth, NH 03878-1209

Funding Circle USA
PO Box 206536
Dallas, TX 75320-6536

Greasebusters
880 Candia Road, Bldg 2, Unit 1
Manchester, NH 03109

iBusiness Funding
1691 Michigan Ave, Ste 240
Miami Beach, FL 33139

iHeart Media
20880 Stone Oak Pkwy
San Antonio, TX 78258-7460

ImageFIRST Maine
PO Box 830460
Philadelphia, PA 19182-0460

Imperial Dade
255 Route 1 & Route 9
Jersey City, NJ 07306

Independent Systems Dist., Inc.
16 Delcarmine Street
Wakefield, MA 01880

Internal Revenue Service
CCP-Lien Unit
PO Box 145595
Stop 9420G, Team 203
Cincinnati, OH 45250

Ipswich Maritime Products
PO Box 338
Ipswich, MA 01938

JP Pest Service
101 Emerson Road
Milford, NH 03055

Kneeland Brothers, Inc.
51 Wethersfield Street
Rowley, MA 01969
```

```
MEG Asset Management, LLC
25 Orchard View Drive, #13
Londonderry, NH 03053

Native Maine
10 Bradley Drive
Westbrook, ME 04092-2011

NCR Local - Northeast Region
PO Box 745947
Atlanta, GA 30374-5947

NCR Volyix
P.O. Box 198755
Atlanta, GA 30384-8755

NH Department of Revenue Admin
PO Box 454
Concord, NH 03301

NH Dept of Revenue
109 Pleasant Street
PO Box 3718
Concord, NH 03302-3718

NUCO2
P.O. Box 9011
2800 SE Market Place
Stuart, FL 34995

PayPal Loan Builder
c/o Bill Me Later, Inc.
2211 North First Street
San Jose, CA 95131

Phantom Gourmet
47 Harvard Avenue
PO Box 279
Allston, MA 02134

Prospect North 815 LLC
815 Lafayette Road
Portsmouth, NH 03801

Quick Serve, LLC
8 South Village Drive
Salem, NH 03079

Restaurant Depot
1710 Whitestone Expressway
Whitestone, NY 11357
```

```
Rewards Network, Inc.
2 N. Riverside Plaza
Suite 250
Chicago, IL 60606

Richardson Farms, Inc.
156 South Main Street
Middleton, MA 01949

Rockingham Economic Development Corp.
57 Main Street
Raymond, NH 03077

SBA
409 3rd St. SW
Washington, DC 20416

SBA
c/o Granite State Development
PO Box 1491
Portsmouth, NH 03801

Seaport Fish Co., LLC
PO Box 95
Portsmouth, NH 03802

Sprague Energy
185 International Drive
Portsmouth, NH 03801

Sunrise Media Company
111 14th Street
Saint Augustine, FL 32080

Sysco Boston, LLC
99 Spring Street
Plympton, MA 02367

Timberline Signs
PO Box 92
Rye, NH 03870

Town of Epping
Water & Sewer Commission
157 Main Street
Epping, NH 03042

UFS (Unique Funding Solutions)
1915 Hollywood Blvd, Suite 200A
Hollywood, FL 33020

Unitil
6 Liberty Lane West
Hampton, NH 03842
```

US Bank
P.O. Box 790408
Saint Louis, MO 63179

US Foods
Attn: A/R
8075 S. River Road Parkway
Tempe, AZ 85284

US Foods, Inc.
100 Ledge Road
Seabrook, NH 03874

US Small Business Administration
c/o Granite State Economic Dev. Corp.
PO Box 1491
Portsmouth, NH 03801

US Small Business Adminstration
2 North Street, Suite 320
Birmingham, AL 35203

Waste Innovations
890 Arboretum Drive
Portsmouth, NH 03801

Waterstone Retail Epping, LLC
250 First Avenue, Suite 202
Needham Heights, MA 02494

Wells Fargo  Vendor Financial Services,
PO Box 35701
Billings, MT 59107

Wells Fargo Vendor Fin Serv
P.O. Box 70241
Philadelphia, PA 19176-0241

Welts, White and Fontaine, P.C.
PO Box 507
Nashua, NH 03061

Youngclaus & Company, PLLC
65 Lafayette Road, Ste 102
North Hampton, NH 03862